**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/21/2021
```

**J.L.** and **J.L.**, *on behalf of her daughter X.L.*,

                **Plaintiff,**

-against-

**NEW YORK CITY DEPARTMENT OF EDUCATION**

                **Defendant.**

**21-cv-1515 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's letter dated October 19, 2021 (ECF No. 26). This Court's Order to Show Cause (ECF No. 25) is hereby WITHDRAWN. The proposed pleading schedule in Plaintiff's October 19, 2021 Letter is hereby ADOPTED.

**SO ORDERED.**

Dated: October 21, 2021
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**